UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FABRICIO MOISES ACOSTA PAREDES,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, *et al.*,

Respondent,

Case No.  1:26-cv-0258-DAD-JDP

ORDER

On January 15, 2026, the court granted petitioner's motion for a temporary restraining order.  ECF No. 9.  The court ordered petitioner's immediate release and ordered the parties to file a joint proposed briefing schedule for any motion for a preliminary injunction within fourteen days of that order.  *Id.*  The parties did not file any such report.  Accordingly, if additional briefing is needed to decide the merits, within seven days of the date of this order, respondents may file an answer.  If respondents file an answer, petitioner may file a traverse within seven days.  If respondents do not file an answer by this deadline, the matter will be deemed submitted.

1

Accordingly, it is hereby ORDERED that if additional briefing is needed, respondents may file an answer within seven days of the date of this order.  If respondents file an answer, petitioner may file a traverse within seven days.  If respondents do not file an answer by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.


Dated:     February 26, 2026                                    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2